# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00453-CV

**Volkswagen Aktiengesellschaft, Appellant**

**v.**

**The State of Texas and Travis County, Texas, Appellee**

---

**FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY,**
**NO. D-1-GN-16-000370, THE HONORABLE TIM SULAK, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

The stay issued in this case on March 6, 2020, is lifted.

It is ordered on January 14, 2021.

Before Chief Justice Byrne, Justices Triana and Smith